# EXHIBIT C

MARCUS & SHAPIRA LLP
ONE OXFORD CENTRE, 35TH FLOOR
301 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219-6401
(412) 471-3490

FAX: (412) 391-8758

JEREMY D. ENGLE
Email: engle@marcus-shapira.com
Direct: 412-338-5211

August 20, 2025

*VIA EMAIL & FEDERAL EXPRESS*

Medical Protective Company
5814 Reed Road
Ft. Wayne, IN 46835
Bradley.lloyd@medpro.com

***Re: NOTIFICATION OF CLAIMS AND EVENTS UNDER POLICY NOS. C46906, C22756, 631129-2, 707898, 716932, 762807, 812334, 839429, 771949, 905320, 799670, 736284, 787939, 842889, 823285, 883637, 842912, 846377***

To Whom it May Concern:

I represent the Insureds[1] in the above listed policies, and on their behaves, provide Medical Protective Company ("Med Pro") with notice of claims and events covered by the Cyber Liability and Data Breach Coverage Endorsements to their respective policies (the "Cyber Endorsements"). On or about August 12, 2025, Russia-based hackers stole substantial electronic data, including protected patient and corporate information, from a server that stores data related to the Insured's medical practice. The hackers are threatening dissemination of the data unless a ransom is paid. The Insureds experienced and continue to experience significant disruptions to their practice due to these circumstances and are expending substantial resources to address the data breach. Given the recency of these events, the Insureds are unaware of all the relevant facts and potential claims against it.

In addition to the Cyber Endorsement with Med Pro, the Insureds' related entity, PGA Development Inc. has an implicated cybersecurity policy through Merchants Insurance Group ("Merchants"). Tokio Marine HCC is handling the claim and has appointed Lewis Brisbois Bisgaard & Smith, LLP to assist with legal guidance on the data breach. A copy Merchant's claim notice acknowledgement letter is enclosed. Merchants has asserted a $100,000.00 limit on liability and that amount is close to or has been reached in addressing the breach.

---

[1] The Insureds include South Hills Diagnostic & Treatment Center, LP; Pittsburgh Gastroenterology Associates; David Limauro, M.D.; Nicholas Bellicini, D.O.; Mark Cedar, D.O.; Xuong Lu, M.D., Jungmin Lee, M.D., and Bridger Clarke, M.D.

The Insureds seek coverage under each of the respective Med Pro Cyber Liability Endorsements and any other applicable policies that they have with Med Pro. The Insureds reserve all rights. Please direct any questions or correspondence concerning coverage to me.

Very truly yours,

Jeremy D. Engle

JDE/amf

Enclosure

cc: Michelle Fellin, Practice Administrator
Pittsburgh Gastroenterology Associates and
South Hills Endoscopy Center

TOKIO MARINE HCC

Cyber & Professional Lines Group

16501 Ventura Blvd Ste 200
Encino, CA 91436
tel 818.382.2030

August 20, 2025

**VIA E-MAIL ONLY**
*mfellin@executivemicro.us*

PGA Development Inc.
Attn: Michelle Fellin
2589 Boyce Plaza Road
Suite # 5
Pittsburgh, PA 15241

| | | |
|---|---|---|
| RE: | **Merchants Insurance Group—Cyber Liability Insurance Endorsement** | |
| | Named Insured: | PGA Development Inc |
| | Policy Period: | November 22, 2024 to November 22, 2025 |
| | Policy No.: | BOPI088136 |
| | TMHCC Claim No.: | NEC-24-07925 |
| | Case: | Cyber Extortion Threat of August 12, 2025 |

Dear Ms. Fellin:

This letter formally acknowledges receipt of your notification of the above-referenced matter under the Cyber Liability Insurance Endorsement ("the Endorsement"). As you know Tokio Marine HCC—Cyber Professional Lines Group handles ***claims*** under the Endorsement on behalf of Merchants Insurance Group ("Merchants").

Merchants issued the Endorsement to PGA Development Inc. (the "***Insured***") as part of Businessowners Policy No. BOPI088136 for ***claims*** first made from November 22, 2024 to November 22, 2025. The Endorsement provides a $100,000 limit of liability for each ***claim.*** Per the Endorsement, all related ***claims*** and any one ***claim*** covered under more than one Coverage Agreement will be considered a single ***claim***, and only one ***each claim*** limit will apply to such ***claim***. As the Aggregate Limit is $100,000 this is the maximum amount Merchants Mutual will pay for <u>all</u> ***claims*** made during the endorsement period. **Please note that the coverage limits include defense costs, and consequently, any defense costs paid will erode such coverage limits.**

Based on our conversation with you, we understand that on or around August 12, 2025, the ***Insured*** became aware of a potential security and/or privacy breach due to a cyber extortion threat that spread onto the ***Insured's*** computer systems. Under the Endorsement, Merchants will provide coverage for privacy breach response costs, notification expenses, and/or customer support and credit monitoring expenses incurred in this matter up to the each ***claim*** limit stated above. These costs include: legal expenses, computer forensic and investigation fees, public relations expenses, postage expenses, related advertising expenses, and the costs of customer support and credit file monitoring services and identity theft education and assistance for a period up to twelve (12) months from the date of enrollment in such credit file monitoring expenses. Before the limits of liability are exhausted, we will provide updates to keep the ***Insured*** apprised of the remaining limits under the Endorsement. Please keep in mind that Merchants will not provide coverage for any costs incurred without Merchant's prior written consent, and will not be responsible to pay or reimburse any expenses that were not so approved.

As you are aware, we have appointed Erica J. Lloyd, Esq. of the law firm Lewis Brisbois Bisgaard & Smith, LLP to assist the ***Insured*** with legal guidance on breach response. As Merchant's representative, we will be working with the ***Insured*** and Ms. Lloyd. Therefore, please direct any questions and/or correspondence to our attention.

Additionally, we acknowledge receipt of this matter as notice of a *potential* ***claim*** under Coverage Agreement B "Security and Privacy Liability Coverage" and Coverage C "Privacy Regulatory Liability Coverage", which cover ***claims*** made by third parties and/or governmental investigations resulting from a security breach and/or privacy breach. Pursuant to Section VII(B) of the Endorsement, any covered third-party ***claim*** and/or governmental investigation arising out of this potential security breach and/or privacy breach will be deemed a ***claim*** first made on August 12, 2025, when Merchants initially received notice of this matter. Accordingly, please let us know immediately if the Insured receives any demand letters, lawsuits and/or notices of a governmental investigation relating to this matter.

Finally, this matter should also be tendered to any other insurance or source of indemnification available to the ***Insured***. Please provide confirmation that the Insured has notified any other insurers of this ***claim*** and their response.

Nothing in this letter, or any action taken during our coverage investigation of this matter, constitutes a waiver or an estoppel to assert the applicability of any policy provision or statute.

Please feel free to contact the undersigned at (818) 479-4323 or via email at whoskins@tmhcc.com if you have any questions.

Thank you for your courtesy and cooperation.

Sincerely,

**TOKIO MARINE HCC—CYBER & PROFESSIONAL LINES**

William Hoskins
Claims Examiner

Enclosure

cc: Jaime Talarico, Sr. Property General Adjuster, Merchants Insurance Group (*via e-mail only*)
Erica J. Lloyd, Esq., Lewis Brisbois Bisgaard & Smith LLP (*via e-mail only*)